# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
FAYETTEVILLE Division

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
APR 17 2017
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

In the Matter of the Search of )
**Bitcoing Wallets:** )
- 1KXhP8nUtNzjKFGQQXDFubhMQ8LfVdKJ2Y )
- NFAUpuGFa2HHygsHTsYZp7rLki89VZb5ye )
- MyJFDbxQbNh6jUJVwX9yJL2kaAfcbd9uwr )
- 42DpM2KJjD2HVVAqLqsNpJ2AF9fiw72x9j )
- GEHZA7DtXMYjUgqMYg6D3WbwaVe4vU )
- MveKAzAiA4j8xgUi29TpKXpm3y9FQS2 )
- 17F5rCCPArYwg4pN4amA4naG99D3cCu6F7 )

Case Number: 17-CM-36

All from digital devices owned and maintained by Peng CHANTHALANGSY

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search/siezure of the following person or property located in the Western District of Arkansas *(identify the person or describe the property to be searched and give its location)*: **SEE ATTACHMENT A**

The person or property to be seized, described above, is believed to conceal *(identify the person or describe the property to be seized)*: **SEE ATTACHMENT B**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   5/8/17
(not to exceed 10 days)

✓ in the daytime 6:00 a.m. to 10 p.m. ____ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Erin L. Wiedemann.
(name)

I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ____ for ____ days *(not to exceed 30)*.
____ until, the facts justifying, the later specific date of . _____

Date and time issued:   4/17/17                     _____
                                                      Judge's signature

City and state:   FAYETTEVILLE, AR          ERIN L. WIEDEMANN, U.S. Magistrate Judge

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

**Return**

Case No.: _____

Date and time warrant executed: _____

Copy of warrant and inventory left with: _____

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**Subscribed, sworn to, and returned before me this date.**

_____     _____
**Date**                            **U.S. Judge or Magistrate**