AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>5-17-CM-36 | Date and time warrant executed:<br>5/3/2017 2:00 pm | Copy of warrant and inventory left with:<br>Peng CHANTHALANGSY's attorney |

Inventory made in the presence of :
  HSI Speical Agent Gerald Faulkner and Task Force Officer Dennis Schumacher

Inventory of the property taken and name of any person(s) seized:

Bitcoin digital currency wallets owned and maintained by Peng CHANTHALANGSY, identified by Bitcoin wallet numbers:

- 1KXhP8nUtNzjKFGQQXDFubhMQ8LfVdKJ2Y
- NFAUpuGFa2HHygsHTsYZp7rLki89VZb5ye
- MyJFDbxQbNh6jUJVwX9yJL2kaAfcbd9uwr
-42DpM2KJjD2HVVAqLqsNpJ2AF9fiw72x9jGEHZA7DtXMYjUgqMYg6D3WbwaVe4vUMveKAzAiA4j8xgUi29TpKXpm3y9FQS2
- 17F5rCCPArYwg4pN4amA4naG99D3cCu6F7

### Certification

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   05/03/2017

_Executing officer's signature_

Gerald Faulkner - Special Agent
_Printed name and title_

Returned by electronic mail on this 3rd day of May, 2017.

Erin L. Wiedemann
U.S. Magistrate Judge